**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re: C & C RIPOLL MASONRY INC.               §          Case No. 17-14647
                                               §
                                               §
                                               §
          Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

        Barry R. Sharer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $58,663.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $386,203.06 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $113,796.94 | | |

        3) Total gross receipts of $500,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $500,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $55,739.80 | $55,739.80 | $55,739.80 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $113,796.94 | $113,796.94 | $113,796.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $3,078,834.65 | $3,078,834.65 | $330,463.26 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,710,305.17 | $3,362,380.37 | $3,362,380.37 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,710,305.17 | $6,610,751.76 | $6,610,751.76 | $500,000.00 |

4) This case was originally filed under chapter 7 on 03/09/2017.  The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     12/09/2021

By: /s/ Barry R. Sharer

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Complaint against Edgewood Properties | 1229-000 | $500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$500,000.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | State of NJ | 4800-000 | $0.00 | $55,739.80 | $55,739.80 | $55,739.80 |
| | **TOTAL SECURED** | | **$0.00** | **$55,739.80** | **$55,739.80** | **$55,739.80** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Barry R. Sharer | 2100-000 | NA | $28,250.00 | $28,250.00 | $28,250.00 |
| Trustee, Expenses - Barry R. Sharer | 2200-000 | NA | $19.90 | $19.90 | $19.90 |
| Accountant for Trustee, Fees - Sharer Petree Brotz & Snyder | 3310-000 | NA | $16,519.50 | $16,519.50 | $16,519.50 |
| Accountant for Trustee, Expenses - Sharer Petree Brotz & Snyder | 3320-000 | NA | $32.80 | $32.80 | $32.80 |
| Bond Payments - BOND | 2300-000 | NA | $77.60 | $77.60 | $77.60 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $525.83 | $525.83 | $525.83 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $3,009.32 | $3,009.32 | $3,009.32 |
| Other State or Local Taxes (post-petition) - State of New Jersey - CBT | 2820-000 | NA | $1,125.00 | $1,125.00 | $1,125.00 |
| Other Chapter 7 Administrative Expenses - Bank of America | 2990-000 | NA | $106.54 | $106.54 | $106.54 |
| Other Chapter 7 Administrative Expenses - Walter Ripoll | 2990-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| Attorney for Trustee Fees (Other Firm) - Bradley K. Sclar | 3210-000 | NA | $37,712.50 | $37,712.50 | $37,712.50 |
| Attorney for Trustee Fees (Other Firm) - Daniel L. Reinganum | 3210-000 | NA | $10,782.50 | $10,782.50 | $10,782.50 |
| Attorney for Trustee Expenses (Other Firm) - Daniel L. Reinganum | 3220-000 | NA | $635.45 | $635.45 | $635.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$113,796.94** | **$113,796.94** | **$113,796.94** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Internal Revenue Service | 5800-000 | $0.00 | $3,078,834.65 | $3,078,834.65 | $330,463.26 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$3,078,834.65** | **$3,078,834.65** | **$330,463.26** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Eastern Concrete Materials, Inc. | 7100-000 | $83,067.00 | $97,162.15 | $97,162.15 | $0.00 |
| 2 | Crossfield Products Corp. | 7100-000 | $17,512.00 | $17,876.75 | $17,876.75 | $0.00 |
| 3 | Gamka Sales Company | 7100-000 | $11,511.00 | $1,820.50 | $1,820.50 | $0.00 |
| 5U | Internal Revenue Service | 7100-000 | $82,975.00 | $1,598,788.43 | $1,598,788.43 | $0.00 |
| 6 | Clayton Block Company | 7100-000 | $907,168.16 | $924,968.16 | $924,968.16 | $0.00 |
| 7 | Riverside Supply Co Inc | 7100-000 | $88,719.69 | $88,719.69 | $88,719.69 | $0.00 |
| 8 | Quikcrete | 7100-000 | $93,861.00 | $96,425.25 | $96,425.25 | $0.00 |
| 9 | Carmine Caruso | 7100-000 | $230,255.71 | $230,255.71 | $230,255.71 | $0.00 |
| 10 | Ironworkers Loc 11 Ben. Funds and Training Facilit | 7100-000 | $4,004.00 | $720.15 | $720.15 | $0.00 |
| 11 | American Express Bank, FSB | 7100-000 | $49,649.00 | $49,649.07 | $49,649.07 | $0.00 |
| 12 | Pennsylvania Jersey Concrete | 7100-000 | $72,395.61 | $186,807.51 | $186,807.51 | $0.00 |
| 13 | J.M. Pereira & Sons | 7200-000 | $69,187.00 | $69,187.00 | $69,187.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,710,305.17** | **$3,362,380.37** | **$3,362,380.37** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1

Exhibit 8

## Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case No.:**  17-14647

**Case Name:**  C & C RIPOLL MASONRY INC.

**For Period Ending:**  12/09/2021

**Trustee Name:**  (500610) Barry R. Sharer

**Date Filed (f) or Converted (c):**  03/09/2017 (f)

**§ 341(a) Meeting Date:**  04/07/2017

**Claims Bar Date:**  07/11/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America - cking account | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Accounts Receivable over 90 days old uncollectable | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable over 90 days old | 58,663.00 | 0.00 | | 0.00 | FA |
| 4 | Complaint against Edgewood Properties (u) | 0.00 | 100,000.00 | | 500,000.00 | FA |
| 5 | Miscellaneous Computers & Printers | 0.00 | 0.00 | OA | 0.00 | FA |
| **5** | **Assets Totals (Excluding unknown values)** | **$58,663.00** | **$100,000.00** | | **$500,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/30/21 - TFR has been filed.

03/23/21 - final payment received.

09/30/20 - Case settled for $500,000.00. Half  has been received.  Balance is due by 12/31/20.

09/30/19 - Settlememt discussions continue.  Documents being reviewed. I am giving defendant 30 days to resolve before filing a complaint.

09/30/18- Collection efforts continue.   Settlement discussions on-going. I am demanding $2.2 million.  The defendents have counter claimed $900K  of damages.  I have mechanic's liens against two of the three properties in dispute.  While settlement discussions have been on-going, I have not been able to get a reasonable settlement offer and will either continue with the State Court complaint filed prepetition or file a complaint in Bankruptcy Court by March 31, 2019.

9/30/17 - Special Counsel  appointed to collect A/R.

**Initial Projected Date Of Final Report (TFR):**  12/31/2018

**Current Projected Date Of Final Report (TFR):**  07/20/2021 (Actual)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 17-14647 | Trustee Name: | Barry R. Sharer (500610) |
|---|---|---|---|
| Case Name: | C & C RIPOLL MASONRY INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5209 | Account #: | ******0966 Checking Account |
| For Period Ending: | 12/09/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/18/20 | {4} | Edgewood Properties, Inc. | settlement | 1229-000 | 250,000.00 | | 250,000.00 |
| 09/23/20 | 101 | Bank of America | payment for production of document request - invoice 585178 | 2990-000 | | 106.54 | 249,893.46 |
| 09/23/20 | 102 | Walter Ripoll | Payment per settlement agreement | 2990-000 | | 15,000.00 | 234,893.46 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 159.83 | 234,733.63 |
| 10/06/20 | 103 | State of New Jersey - CBT | Fed. ID 22-2975209 - tax year 2020 | 2820-000 | | 1,125.00 | 233,608.63 |
| 10/08/20 | 104 | Bradley K. Sclar | Payment of fees per order dated 10/06/20 | 3210-000 | | 23,337.50 | 210,271.13 |
| 10/21/20 | 105 | Daniel L. Reinganum | Payment of fees and expenses per Order dated 10/20/20 | | | 10,747.95 | 199,523.18 |
| | | Daniel L. Reinganum | Fees $10,112.50 | 3210-000 | | | |
| | | Daniel L. Reinganum | Expenses $635.45 | 3220-000 | | | |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 366.00 | 199,157.18 |
| 11/10/20 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX5182 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX5182 | 9999-000 | | 199,157.18 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 250,000.00 | 250,000.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 199,157.18 | |
| Subtotal | 250,000.00 | 50,842.82 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $250,000.00 | $50,842.82 | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| Case No.: | 17-14647 | |
| Case Name: | C & C RIPOLL MASONRY INC. | |
| Taxpayer ID #: | **-***5209 | |
| For Period Ending: | 12/09/2021 | |

| | | |
|---|---|---|
| Trustee Name: | Barry R. Sharer (500610) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******5182 Checking Account |
| Blanket Bond (per case limit): | $29,766,019.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/10/20 | | Transfer Credit from Mechanics Bank acct XXXXXX0966 | Transition Credit from Mechanics Bank acct XXXXXX0966 | 9999-000 | 199,157.18 | | 199,157.18 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 309.45 | 198,847.73 |
| 12/09/20 | 1000 | Sharer Petree Brotz & Snyder | Payment of fees and expenses per Order dated 12/01/20 | | | 16,552.30 | 182,295.43 |
| | | Sharer Petree Brotz & Snyder | Fees                    $16,519.50 | 3310-000 | | | |
| | | Sharer Petree Brotz & Snyder | Expenses                    $32.80 | 3320-000 | | | |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 332.36 | 181,963.07 |
| 01/19/21 | 1001 | International Sureties, LTD | Bond payment #016026385 | 2300-000 | | 77.60 | 181,885.47 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 281.87 | 181,603.60 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 271.65 | 181,331.95 |
| 03/18/21 | {4} | Edgewood Properties | WIRE FROM EDGEWOOD PROPERTIES INC | 1229-000 | 250,000.00 | | 431,331.95 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 493.31 | 430,838.64 |
| 04/27/21 | 1002 | Daniel L. Reinganum | Payment of fees per Order dated 04/22/21 | 3210-000 | | 670.00 | 430,168.64 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 690.52 | 429,478.12 |
| 05/06/21 | 1003 | Bradley K. Sclar | Payment of fees per Order dated 05/05/21 | 3210-000 | | 14,375.00 | 415,103.12 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 630.16 | 414,472.96 |
| 10/21/21 | 1004 | Barry R. Sharer | Distribution payment - Dividend paid at 100.00% of $28,250.00; Claim # FEE; Filed: $28,250.00 | 2100-000 | | 28,250.00 | 386,222.96 |
| 10/21/21 | 1005 | Barry R. Sharer | Distribution payment - Dividend paid at 100.00% of $19.90; Claim # TE; Filed: $19.90 | 2200-000 | | 19.90 | 386,203.06 |
| 10/21/21 | 1006 | State of NJ | Distribution payment - Dividend paid at 100.00% of $55,739.80; Claim # 4; Filed: $55,739.80 | 4800-000 | | 55,739.80 | 330,463.26 |
| 10/21/21 | 1007 | Internal Revenue Service | Distribution payment - Dividend paid at 10.73% of $3,078,834.65; Claim # 5P; Filed: $3,078,834.65 | 5800-000 | | 330,463.26 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 449,157.18 | 449,157.18 | $0.00 |
| Less: Bank Transfers/CDs | 199,157.18 | 0.00 | |
| Subtotal | 250,000.00 | 449,157.18 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $250,000.00 | $449,157.18 | |

**Form 2**

Exhibit 9

Page:  3

# Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 17-14647 |
| **Case Name:** | C & C RIPOLL MASONRY INC. |
| **Taxpayer ID #:** | **-***5209 |
| **For Period Ending:** | 12/09/2021 |

| | |
|---|---|
| **Trustee Name:** | Barry R. Sharer (500610) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******5182 Checking Account |
| **Blanket Bond (per case limit):** | $29,766,019.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0966 Checking Account | $250,000.00 | $50,842.82 | $0.00 |
| ******5182 Checking Account | $250,000.00 | $449,157.18 | $0.00 |
| | **$500,000.00** | **$500,000.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**